DAVID L. SKELTON, TRUSTEE  #96250
REBECCA E. PENNINGTON  #174488
RICHARD L. STEVENSON  #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 FAX (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | Chapter 13 Case |
|---|---|
| CRAIG STEPHEN DIONNE | Case No. 17-06730-MM13 |
| PO BOX 1582 | NOTICE OF INTENT TO RECONSIDER AND REALLOW PROOF OF CLAIM AND CERTIFICATE OF SERVICE |
| NATIONAL CITY, CA 91951 | |

TO THE CREDITOR NAMED HEREIN:

YOU ARE HEREBY NOTIFIED of the intent to reallow the claim of the creditor named below to the amount set forth pursuant to 11 U.S.C. 502(j) and Rule 3008, Rules of Bankruptcy Procedure, upon the grounds that the creditor, his agents or representatives, or the debtor, has notified the Trustee that there is no balance owing on said claim.

YOU ARE FURTHER NOTIFIED that if you object to the reallowing of the proof of claim as shown herein, you are required to obtain a hearing date and time from the Bankruptcy Court Chapter 13 Deputy, Telephone No. (619) 557-7407, and WITHIN 31 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE serve a copy of a REQUEST AND NOTICE OF HEARING (FORM CSD 1184) upon the Chapter 13 Trustee, and file the original and one copy with proof of service with the Clerk, Bankruptcy Court, 325 West F Street, San Diego, California 92101-6991.  If such hearing is not timely requested, the claim shall be allowed in the amount shown herein, subject to provisions of 11 U.S.C. 502(j).

Name & Address of Creditor:

ARMY & AIR FORCE EXCHANGE SVCS
C/O BASS & ASSOCIATES PC
3936 EAST FT LOWELL ROAD SUITE 200
TUSCON, AZ 85712

Comment:  OBJ / WITHDRAWAL

Court Claim No:  011     Ref No:  20

Amount Allowed: $0.00
Principal Paid:  $0.00
Interest Paid:  $0.00
Balance Due:  $0.00

Account No:  1621

/s/ David L. Skelton
David L. Skelton, Trustee

CERTIFICATION & DATE OF SERVICE:  May 1, 2018

I, the undersigned, certify under penalty of perjury that on this date I served a true copy of this document by U.S. Mail, postage prepaid, upon debtor(s), their attorney, and the creditor named herein at their respective addresses as shown.

cc: Attorney for Debtor:
   AARON LLOYD # 303796
   PO BOX 196
   SAN CLEMENTE, CA 92674

/s/ Ty Ferguson
Clerk of the Office of David L. Skelton Trustee
525 B Street, Suite 1430
San Diego, CA  92101